# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR RIVERA,<br><br>        Petitioner,<br><br>    v.<br><br>S. A. HOLENCIK, Warden,<br><br>        Respondent. | CASE NO. EDCV 09-1004-VAP (JEM)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED: December 8, 2009

                                            VIRGINIA A. PHILLIPS
                                    UNITED STATES DISTRICT JUDGE